OPINION OF THE COURT
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs. Assuming without deciding that a stay of arbitration is available
 
 (see,
 
 CPLR 7503 [b];
 
 Matter of City School Dist. v Tonawanda Educ. Assn.,
 
 101 AD2d 1011,
 
 affd
 
 63 NY2d 846), petitioner’s application in this case was untimely (CPLR 7503 [c]).
 

 Concur: Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa.